**SO ORDERED.**

**SIGNED this 08 day of July, 2010.**



_James P. Smith_
**JAMES P. SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES ALAN FOGLE, | ) | CASE NO. 10-30614-JPS |
| MARSHA LEE FOGLE, | ) | |
| | ) | |
| Debtors. | ) | |
| ------------------------------ | - | ------------------------------- |
| | ) | |
| U.S. BANK, N.A. IT'S | ) | CONTESTED MATTER |
| SUCCESSORS AND/OR ASSIGNS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES ALAN FOGLE, | ) | |
| MARSHA LEE FOGLE and | ) | |
| ERNEST V. HARRIS, as | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

ORDER

U.S. BANK, N.A. IT'S SUCCESSORS AND/OR ASSIGNS filed a "Motion

to Terminate Stay and to Authorize Movant to Take Possession of Collateral and Waiver of Right to Hearing Within 30 Days as Provided by 11 U.S.C. Section 362(e)", same regularly scheduled for hearing on 06/23/2010, upon lawful notice given to all required parties in interest; that there being no appearance in opposition thereto and that the same is proper, it is hereby

ORDERED that the stays afforded by 11 U.S.C. § 362 be and hereby is lifted as to the **Debtor, Charles Alan Fogle**, so that US BANK may take such action with respect to that certain collateral located at 1729 Bullock Drive, Loganville, Georgia 30052, as is authorized by contract and State law. US BANK shall remit to the Trustee such proceeds as exceed the lawful debt due, if any, following disposition of such collateral.

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342
(404) 231-4567

**PARTIES TO BE SERVED**

Charles Alan Fogle
Marsha Lee Fogle
1729 Bullock Drive
Loganville, Georgia Loganville

Patricia Lyda Williamd, Esquire
The Williams Law Office, LLC
3675 Crestwood Parkway Suite 400
Duluth, GA. 30096

Ernest V. Harris, Esq.
1045 South Milledge Avenue
P.O. Box 1586
Athens, GA 30603

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342